902

No. 01–5086. AUBREY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–5087. SHORES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–5088. JORDAN *v.* BATTLES, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 01–5089. ROSENBERG *v.* CITY OF KALAMAZOO. C. A. 6th Cir. Certiorari denied. 

No. 01–5091. BLACKWELL *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5092. BAKER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 01–5093. RODRIGUEZ *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5094. RASHID *v.* CATOE ET AL. C. A. 4th Cir. Certiorari denied. 

No. 01–5095. SHELTON *v.* MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 01–5096. METHENEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–5097. FRANCISCO PEDRO, AKA FRANCISCO GARCIA *v.* UNITED STATES; SAUCEDA *v.* UNITED STATES; and ROMERO-RODRIGUEZ, AKA VASQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 703.

No. 01–5098. CONTRERAS-HERNANDEZ *v.* UNITED STATES; LOPEZ-MARTINEZ *v.* UNITED STATES; MAREZ-ECHEVERRIA *v.* UNITED STATES; and MARTINEZ-PARALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 704 (second and fourth judgments) and 705 (first and third judgments).